**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Michael Daboval BESSE, Jr.,**
**Defendant–Appellant.**

**No. 09–30176**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 20, 2010.

Camille Ann Domingue, Assistant U.S. Attorney, Daniel J. McCoy, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Angela B. Odinet, Laborde & Neuner, Lafayette, LA, for Defendant–Appellant.

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Michael Daboval Besse, Jr., has moved for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Besse has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.